Booker T. Evans (NV Bar No. 1209)
booker.evans@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500

and

Craig Solomon Ganz (Pro Hac Vice)
Tyler J. Carrell (Pro Hac Vice)
craig.ganz@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SPIRIT MASTER FUNDING II, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>JERRY HERBST,<br><br>  Defendant. | No. 2:13-cv-00398-JAD-GWF<br><br>**JOINT MOTION AND ORDER FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

The parties to the above entitled action, by and through their undersigned attorneys, hereby stipulate, agree, and join in a motion requesting that the time for Plaintiff Spirit Master Funding II, LLC ("Spirit") to file a Reply in Support of its Motion for Summary Judgment (DKT. #28, filed on July 11, 2013) in this case be enlarged from August 19, 2013 to up to and including August 22, 2013.

RESPECTFULLY SUBMITTED this 16th day of August, 2013.

                                            GALLAGHER & KENNEDY, P.A.

                                            By: */s/ Tyler J. Carrell*
                                                 Booker T. Evans
                                                 Craig Solomon Ganz
                                                 Tyler J. Carrell
                                                 2575 East Camelback Road
                                                 Phoenix, Arizona  85016-9225
                                                 Attorneys for Plaintiff

GORDON SILVER

                                            By: */s/ Brian R. Irvine*
                                                 Gerald Gordon
                                                 Brian R. Irvine
                                                 John P. Desmond
                                                 3960 Howard Hughes Pkwy, 9th Floor
                                                 Las Vegas, Nevada  89169
                                                 Attorneys for Defendant

1   The Court having received and considered the Joint Motion for Enlargement of
2   Time for Plaintiff to File a Reply, and good cause appearing therefor,
3   IT IS HEREBY ORDERED that the Joint Motion for Enlargement of Time for
4   Plaintiff to File a Reply is approved.
5   IF IS FURTHER ORDERED that the Plaintiff shall have up to and including
6   August 22, 2013, in which to file their Reply
7   DATED this 8th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE