# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Spirit Master Funding II, LLC, | Case No.: 2:13-cv-00398-JAD-GWF |
| Plaintiff, | **Order of Dismissal** |
| vs. | |
| Jerry Herbst, | |
| Defendant. | |

The parties have stipulated [#65] to the dismissal of this action with prejudice, each side to bear its own fees and costs in accordance with a written settlement agreement.  Accordingly, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the stipulation **[#65]** is approved, and this action is dismissed with prejudice, each side to bear its own fees and costs.  The Clerk of Court is direct to close this case.

DATED May 1, 2015.

_____
Jennifer A. Dorsey
United States District Judge